**Order Filed on April 12, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>David J Laney, Aldine C. Laney | Case No.: 18-13540<br>Chapter: 7<br>Hearing Date: 4/10/2018<br>Judge: JNP |

## ORDER VACATING

### Order Granting Motion For Relief From Stay re: 2013 Hyundai Santa Fe

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 12, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

Order Granting Motion For Relief From Stay re: 2013 Hyundai Santa Fe

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____4/10/2018_____, be and the same is hereby vacated.

*revised 2/25/14*