Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  18–13540–JNP
          Chapter:  7
          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David J Laney<br>18 Sugarberry Road<br>Egg Harbor Township, NJ 08234 | Aldine C. Laney<br>fka Aldine C. Fray<br>18 Sugarberry Road<br>Egg Harbor Township, NJ 08234 |

Social Security No.:
  xxx–xx–1395                          xxx–xx–3553

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>September 5, 2018</u>         <u>Jerrold N. Poslusny Jr.</u>
                                         Judge, United States Bankruptcy Court